**Opinion filed July 11, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00126-CV

_____

## RAMON PEREZ, Appellant

## V.

## VINCENT RAGSDALE, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. cc-12-01963 E**

### M E M O R A N D U M   O P I N I O N

Appellant, Ramon Perez, filed a notice of appeal from the trial court's final judgment. In two letters dated May 3, 2013, we notified Appellant that he must remit to this court the $175 filing fee on or before May 17, 2013. We informed Appellant that the fee "**MUST BE PAID**" and that this **"case is subject to dismissal if the filing fee is not paid**." We have received no response to our May 3 letters. As of this date, Appellant has not paid the filing fee. We also note

that Appellant has not requested that the court reporter prepare a reporter's record in this case.

Because Appellant has failed to pay the required filing fee, we dismiss the appeal. TEX. R. APP. P. 5, 42.3.

PER CURIAM

July 11, 2013

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.